FILED
 2011 Sep-07 PM 03:29
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| REGINALD NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-cv-00112-IPJ-PWG |
| ) | |
| OFFICER GARY SHIRKEY, ) | |
| ) | |
| Defendant. ) | |

ORDER

The magistrate judge filed a report and recommendation on August 15, 2011, recommending that the defendant's special report (Doc. #15) be treated as a motion for summary judgment and, as such, that it be denied. The magistrate judge also recommended that the plaintiff's motion for summary judgment (Doc. #25) be denied and that this action be referred to the magistrate judge for further proceedings. No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. Accordingly, the defendant's special report (Doc. #15) is construed as a motion for summary judgment and, as such, is **DENIED**. The plaintiff's motion for summary judgment (Doc.

#25) is also **DENIED**. This matter is referred to the magistrate judge for further proceedings.

The Clerk is DIRECTED to serve a copy of this order upon the plaintiff and upon counsel for the defendant.

Done this the 7th day of September 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE